LOUIS A. PROPP, Respondent, v. MORRIS HARBER and Another, Appellants.—

Motion to dismiss appeal denied, with leave to renew upon the decision of the Circuit Court of Appeals in the bankruptcy matter. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.